# EXHIBIT 3

# THE NEXT GEM TECHNOLOGY

An integrated solution
for RNA and DNA analysis

## TECHNOLOGY

## The Chromium System is powered by Next GEM Technology

Our proprietary Next GEM technology fuels our Chromium System with an innovative reagent delivery system, set of algorithms and turnkey software analysis tools that enable the discovery of previously inaccessible genetic information at massive rate and scale.

The Next GEM technology is built on a new chip architecture that integrates seamlessly into existing solutions. This technology will enable future solutions and product improvements. The Next GEM technology combines new chips and reagents, and is currently offered for the following solutions:

This website uses cookies. By continuing, you acknowledge and agree to the 10x Genomics website terms of use (https://www.10xgenomics.com/terms-of-use/) and privacy policy (https://www.10xgenomics.com/privacy-policy/) Yes No

- Chromium Single Cell Gene Expression Solution – See Details (https://support.10xgenomics.com/single-cell-gene-expression/index/doc/getting-started-next-gem-technology-for-single-cell-gene-expression)
- Chromium Single Cell Immune Profiling Solution – See Details (https://support.10xgenomics.com/single-cell-vdj/index/doc/getting-started-next-gem-technology-for-single-cell-immune-profiling)
- Chromium Single Cell ATAC Solution – See Details (https://support.10xgenomics.com/single-cell-atac/index/doc/getting-started-next-gem-technology-for-single-cell-atac)

Download Chromium Technology Brochure

REAGENT DELIVERY SYSTEM

The Next GEM technology creates a unique reagent delivery system that partitions cells or nuclei and prepares sequencing libraries in parallel such that all fragments produced within a partition share a common barcode.

A simple workflow combines large partition numbers with a massively diverse barcode library to generate >100,000 barcode containing partitions in a matter of minutes.

## SOLID PHASE REAGENT DELIVERY

This website uses cookies. By continuing, you acknowledge and agree to the 10x Genomics website terms of use (https://www.10xgenomics.com/terms-of-use/) and privacy policy. (https://www.10xgenomics.com/privacy-policy/) Yes No

 9/8/2019 Case 1:19-cv-01699-RGA Document 1-3 Filed 09/11/19 Page 4 of 8 PageID #: 107
Technology | 10x Genomics

(https://www.10xgenomics.com)
Products Research Areas Resources Support (http://suppo

Barcoded Primer Library

## FLUID PARTITIONING

Oil
Cells
Enzyme

## LIQUID PHASE BIOCHEMISTRY

This website uses cookies. By continuing, you acknowledge and agree to the 10x Genomics website terms of use (https://www.10xgenomics.com/terms-of-use/) and privacy policy. (https://www.10xgenomics.com/privacy-policy/) Yes No

https://www.10xgenomics.com/technology/ 3/7

(https://www.10xgenomics.com)
Products
Research Areas
Resources
Support
(http://suppo
Collect
Pool

LAB INTEGRATION

## Seamless Integration into Existing Lab Workflows

Our Next GEM technology is a transformative technology that fits easily into existing lab infrastructure.

Cell or Nuclei Suspension

Library Construction

This website uses cookies. By continuing, you acknowledge and agree to the 10x Genomics website terms of use (https://www.10xgenomics.com/terms-of-use/) and privacy policy. (https://www.10xgenomics.com/privacy-policy/) Yes No

Barcoding & Library Construction


9/8/2019 Case 1:19-cv-01699-RGA Document 1-3 Filed 09/11/19 Page 6 of 8 PageID #: 109
Technology | 10x Genomics

(https://www.10xgenomics.com)
Products Research Areas Resources Support (http://suppo

Sequencer

Sequence Libraries

Data Analysis

Cell Ranger Pipelines

Alignment
Barcode Processing
Transcript Counting
Gene-cell Matrix
Expression Analysis
Report

Data Visualization

This website uses cookies. By continuing, you acknowledge and agree to the 10x Genomics website terms of use (https://www.10xgenomics.com/terms-of-use/) and privacy policy. (https://www.10xgenomics.com/privacy-policy/) Yes No

Report & Visualization

https://www.10xgenomics.com/technology/ 5/7

 (https://www.10xgenomics.com)

Products Research Areas Resources Support (http://suppo

## Order your 10x system, today.

Request Pricing

**ABOUT**

Products (/solutions/)
Platform (/technology/)
Company (/company/)
Careers (/careers/)
Support (https://support.10xgenomics.com/)
Community (https://community.10xgenomics.com/)
Contact Us (/contact/)

**LEGAL NOTICES**

Privacy Policy (/privacy-policy/)
Terms of Use (/terms-of-use/)
Email Preferences (/preferences/)
Other Legal Notices (/legal-notices/)

**RESOURCES**

Publications (/resources/publications/)
Applications (/resources/application-notes/)
Videos (/videos/)

**HEADQUARTERS**

+1 925 401 7300
++1 925 635 4169
info@10xgenomics.com
(mailto:info@10xgenomics.com)

**SOCIAL**

(https://www.linkedin.com/company/10x-technologies) (https://twitter.com/10xGenomics) (https://www.facebook.com/10xGenomic

This website uses cookies. By continuing, you acknowledge and agree to the 10x Genomics website terms of use (https://www.10xgenomics.com/terms-of-use/) and privacy policy. (https://www.10xgenomics.com/privacy-policy/) Yes No

SIGN UP FOR PRODUCT AND EVENT UPDATES

(https://www.10xgenomics.com) Products Research Areas Resources Support (http://suppo

Email

Subscribe

©2019 10x Genomics. All Rights Reserved.

English (https://www.10xgenomics.com/technology/)
日本語 (https://www.10xgenomics.com/jp/technology/)
中文 (https://www.10xgenomics.com/cn/technology/)

This website uses cookies. By continuing, you acknowledge and agree to the 10x Genomics website terms of use (https://www.10xgenomics.com/terms-of-use/) and privacy policy. (https://www.10xgenomics.com/privacy-policy/) Yes No