IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIO-RAD LABORATORIES INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Plaintiffs,<br><br>    v.<br><br>10X GENOMICS, INC.,<br><br>    Defendant. | C.A. No. 19-01699-RGA |

## 10X GENOMICS, INC.'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)

10X Genomics, Inc. ("10X") hereby moves to dismiss Plaintiffs Bio-Rad Laboratories, Inc. and President and Fellows of Harvard College's Amended Compliant for failure to state a claim on U.S. Patent Nos. 8,871,444 and 9,919,277 and Plaintiffs' claims of pre-suit induced and contributory infringement; pre- and post-suit willful infringement; and infringement under the doctrine of equivalents ("the Motion"). As 10X is contemporaneously moving to transfer Bio-Rad's claims concerning the remaining patent, U.S. Patent No. 10,190,115, to the Northern District of California, the Court should also dismiss this entire case.

The grounds for the Motion are set forth in Defendant's Opening Brief in Support of its Motion filed contemporaneously herewith.

Date: December 4, 2019

2

| OF COUNSEL: | */s/  Frederick L. Cottrell, III* |
|---|---|
| | Frederick L. Cottrell, III (#2555) |
| Matthew D. Powers | Jason James Rawnsley (#5379) |
| Jennifer K. Robinson | Alexandra M. Ewing (#6407) |
| Utsav Gupta | RICHARDS, LAYTON & FINGER, P.A. |
| TENSEGRITY LAW GROUP, LLP | One Rodney Square |
| 555 Twin Dolphin Drive, Suite 650 | 920 N. King Street |
| Redwood Shores, CA 94065 | Wilmington, DE 19801 |
| Telephone:    (650) 802-6000 | (302) 651-7700 |
| Facsimile:    (650) 802-6001 | cottrell@rlf.com |
| matthew.powers@tensegritylawgroup.com | rawnsley@rlf.com |
| jen.robinson@tensegritylawgroup.com | ewing@rlf.com |
| utsav.gupta@tensegritylawgroup.com | |
| 10X_BR1699_TLG_Team@tensegritylawgroup.com | |

Azra M. Hadzimehmedovic
TENSEGRITY LAW GROUP, LLP
8260 Greensboro Drive, Suite 260
McLean, VA  22102
Telephone: (703) 940-5032
Facsimile: (650) 802-6001
azra@tensegritylawgroup.com
10X_BR1699_TLG_Team@tensegritylawgroup.com

*Attorneys for Defendant 10X Genomics, Inc.*

RLF1 22540219v.1