## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| BIO-RAD LABORATORIES, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Plaintiffs, <br><br> v. <br><br> 10X GENOMICS, INC., <br><br> Defendant. | C.A. No. 19-1699-RGA <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Bio-Rad Laboratories, Inc. and President and Fellows of Harvard College hereby file this voluntary dismissal without prejudice. Defendant 10X Genomics, Inc. has not yet filed an answer or motion for summary judgment. Accordingly, this action is being dismissed without prejudice.

Dated: December 18, 2019

OF COUNSEL:

Edward R. Reines (*pro hac vice*)
Derek C. Walter (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
ereines@weilgotshal.com
dwalter@weilgotshal.com

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302)777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs*